**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** ) | **Case No: 08-42993-399** |
| ) | |
| **BRENDA LEE BURNS** ) | **Chapter 13** |
| ) | |
| ) | |
| **Debtor** ) | |

**LIST OF UNCLAIMED FUNDS AND ENTITIES WHICH ARE ENTITLED TO PAYMENT**

Comes now John V. Labarge, Jr., Chapter 13 Trustee, Standing Chapter 13 Trustee, and provides list for filing pursuant to Bankruptcy Rule 3011. The following is a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is paid herewith into Court pursuant to 11 U.S.C. § 347(A):

BRENDA LEE BURNS
1276 ST CYR ST                                                                $1.04
#106
ST LOUIS, MO 63137
0000

Dated: August 31, 2011                          /s/ John V. Labarge, Jr., Chapter 13 Trustee
UNCLFUNDS--XC                                    John V. Labarge, Jr., Chapter 13 Trustee
                                                 P.O. Box 430908
                                                 St. Louis, MO 63143
                                                 (314) 781-8100  Fax: (314) 781-8881
                                                 trust33@ch13stl.com